# United States District Court — Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | MD44 |
| Violation Number | 6046638 |
| Officer Name (Print) | Brotherton |
| Officer No. | 117 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 12/12/2017 0815 |
| Offense Charged | State Code: MTA 21-801.1 |
| Place of Offense | S/B Ditto @ 1776 |
| Offense Description; Factual Basis for Charge | Driving veh. on hwy. at speed exceeding limit 31 mph in a 20 mph zone. |

**DEFENDANT INFORMATION**

Last Name: Fuller   First: Lyniece   M.I.: M

[Street address redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| CP 11 D2 | OH | 99 | Toy | | green |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

- $90 Forfeiture Amount
- +$30 Processing Fee
- **PAY THIS AMOUNT → $120 Total Collateral Due**

**YOUR COURT DATE**
Court Address: 521 Fraim St., Ft. Detrick MD 21702

X Defendant Signature: disputed [signature]

(Rev. 09/2015)   Original - CVB Copy

---

# Statement of Probable Cause
(For issuance of an arrest warrant or summons)

I state that on 12 Dec, 2016 while exercising my duties as a law enforcement officer in the Ft. Detrick District of Maryland.

At 0815 hrs while on patrol I observed a green in color Toyota bearing OH reg CP11D2 travelling S/B on Ditto at a high rate of speed. A check of my radar revealed the vehicle traveling 31 mph in a 20 mph zone. I attempted to wave the vehicle down but had to activate my emergency lights and the driver, Fuller, told me that I was making her late for work and told me that she was watching her speedometer and doing 25 mph. Additionally, Fuller was issued a 1408 for failing to register the m/v in the state of Maryland.

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/12/2016   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident