United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

```
_____ FILED      _____ ENTERED
_____ LOGGED     _____ RECEIVED

       DEC 1 8 2017

         AT GREENBELT
   CLERK, U.S. DISTRICT COURT
     DISTRICT OF MARYLAND
BY _____ DEPUTY
```

December 17, 2017

RE:   Violation Number: 6046638
      Hearing Date: 02/14/2017
      Hearing Number: 17-126
      Case Number: 17-PO-1627TMD

**Request For Stay**

Your Honor, I respectfully request that all fees and costs associated with the traffic violation that I have been charged with be removed and a stay be put on this case while the Appellate appeal decision is pending. I initially requested a waiver of all filing fees and other costs in my Request Wavier of Appeal Filing Fee and Extension to reply to Motion for Leave to File Forma Pauperis dated 02/14/2017 (copy attached).

On 12/15/2017 I called Central Violations because I have received a Notice of Delinquency dated 12/04/2017 stating that I am over 120 days past due in paying for this violation. When I again informed them that I had filed an appeal I was told that there was no record of the appeal and to call the Clerk's office. This case was appealed and the Case Number is shown above.

Sincerely,

*Lyniece Fuller*

Lyniece Fuller
40071 Branca St
Frederick, MD 21702

Enclosures