UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LYNIECE M. FULLER,<br><br>Defendant. | Criminal Action No. TDC-17-0126 |

**ORDER**

On March 7, 2017, Defendant Lyniece M. Fuller filed an appeal of her conviction before United States Magistrate Judge Thomas M. DiGirolamo for a traffic offense on Ditto Avenue in Ft. Detrick, Maryland. ECF No. 1. On June 16, 2017, the Court ordered Fuller to file a "memorandum stating the points of law, facts, and authorities on which the appeal is based" within 14 days. ECF No. 9. On July 5, 2017, Fuller filed her memorandum. ECF No. 10. On October 17, 2018, the Court granted the Government until October 31, 2018 to file its answering memorandum. ECF No. 12. On December 3, 2018, when the Government still had not filed its answering memorandum, the Court ordered that if the Government failed to file its answering memorandum by December 10, 2018, the Court would grant Fuller's appeal and dismiss the citation without further notice. To date, the Government has not filed its answering memorandum.

Accordingly, it is hereby ORDERED that:

1. Fuller's appeal is GRANTED;

2. The Disposition entered in Crim. Action No. 8:17-po-01627-TMD is VACATED.

3. The Citation issued on January 1, 2017, ECF No. 1 in Crim. Action No. 8:17-po-01627-TMD is DISMISSED.

4. The Clerk shall SEND a copy of this Order to Fuller and the Government and CLOSE this case.

Date: December **14**, 2018

_____
THEODORE D. CHUANG
United States District Judge